# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| INGRID MILLSAPS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16CV1912 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the filing of movant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 as a new civil action. Although it is not clear from the manner in which it was drafted, movant intended the motion to be filed as an amended § 2255 motion in her existing case, *Millsaps v. United States*, No. 4:14-CV-1095 HEA.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to **administratively terminate** this action and to file the § 2255 motion in *Millsaps v. United States*, No. 4:14-CV-1095 HEA, as an amended motion.

Dated this 9th day of December, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE